UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | **CV 20-10731-DMG (MRWx)** | Date | March 16, 2021 |

Title   *Anne Wightman v. Beanfields PBC*

Present: The Honorable   DOLLY M. GEE, UNITED STATES DISTRICT JUDGE

| Kane Tien | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff(s) | Attorneys Present for Defendant(s) |
|---|---|
| Not Present | Not Present |

**Proceedings: IN CHAMBERS - ORDER TO SHOW CAUSE RE: DISMISSAL FOR LACK OF PROSECUTION**

On March 9, 2021, the Court ordered Plaintiff to file a proof of service as to Defendant forthwith. [Doc. # 14.] One week has passed and no proof of service was file on the docket. Accordingly, the Court, on its own motion, orders Plaintiff to show cause in writing on or before **March 23, 2021** why this action should not be dismissed for lack of prosecution.

No oral argument of this matter will be heard unless ordered by the Court. The Order will stand submitted upon the filing of a written response on or before the date upon which a response by Plaintiff is due. This action will be **dismissed** if a written response demonstrating good cause is not filed by the date indicated above.