JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANNE WIGHTMAN, individually and on behalf of others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>BEANFIELDS PBC, a Delaware corporation,<br><br>Defendants. | Case No.: CV 20-10731-DMG (MRWx)<br><br>**ORDER RE JOINT STIPULATION OF VOLUNTARY DISMISSAL [30]** |

| | |
|---|---|
| 1 | The Court, having reviewed the parties' Joint Stipulation of Voluntary Dismissal (the "Stipulation"), and good cause being shown, hereby **ORDERS**:
| 2 | |
| 3 | 1. The Stipulation is APPROVED; |
| 4 | 2. The claims asserted by Plaintiff Anne Wightman, in her individual capacity, are dismissed with prejudice; |
| 5 | |
| 6 | 3. The claims asserted by putative class members in this action are dismissed without prejudice; |
| 7 | |
| 8 | 4. Each party will bear its own attorneys' fees and costs; and |
| 9 | 5. The Order to Show Cause [Doc. # 29] is DISCHARGED. All scheduled dates and deadlines are VACATED. |
| 10 | |
| 11 | **IT IS SO ORDERED.** |

DATED: May 24, 2021

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE